UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICH'QUEL HINES NOLAN,

                Petitioner,           Civ. No.  06-10578
                                                      Crim. No. 03-81096
vs.                                                 Hon. Gerald E. Rosen

UNITED STATES OF AMERICA,

                Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
DISMISSING PETITIONER'S §2255 ACTION

                At a session of said Court, held in
                the U.S. Courthouse, Detroit, Michigan
                on   October 17, 2006

                PRESENT:  Honorable Gerald E. Rosen
                                  United States District Judge

      This matter having come before the Court on the August 22, 2006 Report and Recommendation of United States Magistrate Judge Virginia M. Morgan recommending that the Court deny Petitioner Mich'quel Hines Nolan's § 2255 Motion to Vacate, Set Aside or Correct her Sentence and that this case, accordingly, be dismissed; and no timely Objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed Petitioner's Motion, the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Petitioner's § 2255 motion should be denied and this action, accordingly, should be dismissed; and the Court being otherwise fully advised in the

premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of August 22, 2006 be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Petitioner Mich'quel Hines Nolan's § 2255 Motion be, and hereby is, DENIED, and the above-captioned § 2255 action is, accordingly, DISMISSED.

                        s/Gerald E. Rosen
                        Gerald E. Rosen
                        United States District Judge

Dated: October 17, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 17, 2006, by electronic and/or ordinary mail.

                        s/LaShawn R. Saulsberry
                        Case Manager